## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 13, 1999

FILED
ENTERED
RECEIVED

OCT 1 3 1999

BY _____ DEPUTY

MEMORANDUM TO COUNSEL RE:   O'Neil v. Poly-Seal Corporation
Case No. AMD 98-4162

    The Court has scheduled a hearing in the above-titled case for Monday, October 25, 1999, at 12:00 p.m. The hearing will be held in courtroom 5B of the Courthouse.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

André M. Davis
United States District Judge

AMD:tt
cc: Court file

