IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARTIN P. O'NEIL,
    Plaintiff

v.      :  Civil No. AMD 98-4162

POLY-SEAL CORPORATION,
    Defendant

...o0o...

ORDER

This case came before the Court for a hearing on the pending motion for summary judgment filed by defendant Poly-Seal Corporation. Counsel having been heard, and the Court having rendered its ruling on the record explaining why no reasonable fact finder could reasonably conclude by a preponderance of the evidence that plaintiff was discharged from employment because of his age, it is this 25th day of October, 1999, ORDERED

(1)    That the motion for summary judgment filed by defendant Poly-Seal Corporation (Paper No.9) is GRANTED AND JUDGMENT IS ENTERED IN FAVOR OR DEFENDANT AGAINST PLAINTIFF;

(2)    The Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order to counsel.

ANDRE M. DAVIS
United States District Judge


